JS-6

1

2

3

4

5

6

7

8                       **UNITED STATES DISTRICT COURT**

9           **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

10

11    PROFESSOR CHARLES DIRKS,            CASE NO. CV07-2664 GAF (FMOx)
      YESENIA FRANCO, AND JESSE

12    MARTINEZ,                           Assigned to Judge Gary A. Feess
                                          Courtroom "740"
13              Plaintiff,
                                          **JUDGMENT FOLLOWING JURY**
14        v.                              **VERDICT**

15    COUNTY OF LOS ANGELES, Los          Action Filed:  April 23, 2007
      Angeles County Sheriff LEE BACA in  Pretrial Conference: July 30, 2012
16    his personal capacity, Sgt. JOE     Trial Date:  August 28, 2012
      GRASSO, Sgt. ANDREW
17    MAGALLERIES, Deputy MICHAEL
      MCCARTY, Security Officer
18    ROXANNE CHAVEZ, Deputy
      BARKER, Security Officer
19    KIMBERLY MELANDY, and DOES
      1-10 individually and in their official
20    capacities

21              Defendants.

22    ─────────────────────────────

23    TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

24          The above-entitled action came on regularly for trial on August 28, 2012, at

25    8:30 a.m., in Courtroom "740" of the United States District Court, Central District

26    of California, Western Division, with The Honorable Gary Allen Feess, presiding.

27    Plaintiff CHARLES DIRKS was represented by and through his attorneys of record

28    Saul Reiss, Esq., of the Law Offices of Saul Reiss, and Joe H. Freeman, Esq., of Joe

1  H. Freeman and Associates.  Defendants Sergeant JOE GRASSO, Deputy RICKY

2  BAKER, and Deputy DARREN INANA were represented by and through their

3  counsel of record Thomas C. Hurrell, Esq. and Mariam Kaloustian, Esq., of Hurrell

4  Cantrall LLC.

5      A jury of eight (8) persons was regularly impaneled and sworn on August 28,

6  2012.  Witnesses were sworn and testified.  After hearing evidence and arguments

7  of counsel, the jury was duly instructed by the Court, and the cause was submitted to

8  the jury with directions to return a verdict as to the claims against defendants

9  Sergeant JOE GRASSO, Deputy RICKY BAKER, and Deputy DARREN INANA.

10  The jury deliberated and thereafter returned to the Court on August 29, 2012, with

11  an eight (8) to zero (0) verdict in favor of defendants Sergeant JOE GRASSO,

12  Deputy RICKY BAKER, and Deputy DARREN INANA.

13      Specifically, the jury found in favor of defendants Sergeant JOE GRASSO,

14  Deputy RICKY BAKER, and Deputy DARREN INANA on the special verdict with

15  respect to the following questions submitted:

16

17  <u>FIRST AMENDMENT CLAIM</u>

18

19  Did Plaintiff Charles Dirks prove by a preponderance of the evidence that, at

20  the time of his arrest on April 27, 2006, he was engaged in the exercise of his

21  rights under the First Amendment of the United States Constitution?

22  YES____ NO__√_

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

FOURTH AMENDMENT CLAIM

Did Plaintiff Charles Dirks prove by a preponderance of the evidence that, at the time that he was placed under arrest, the defendants violated his rights by arresting him without probable cause to believe that he had committed a violation of one or more sections of the California Penal Code.  Answer separately as to each Defendant:

3.1 Sgt. Grasso     YES____ NO__√_

3.2 Dep. Inana      YES____ NO__√_

3.3 Dep. Baker      YES____ NO__√_

Now therefore, IT IS ORDERED, ADJUDGED AND DECREED that plaintiff CHARLES DIRKS shall take nothing from defendants Sergeant JOE GRASSO, Deputy RICKY BAKER, and Deputy DARREN INANA, and that costs are awarded to defendants as determined by the costs bill to be submitted by defendants.

DATED: September 5, 2012        By: _____

                                THE HONORABLE GARY A. FEESS
                                UNITED STATES DISTRICT JUDGE

-3-